

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 16, 2018

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

      Re:    **United States v. Mario Alvarenga et al.,**
            S4 15 Cr. 627 (ER)

Dear Judge Ramos,

      The Government writes respectfully to request an adjournment of the change of plea hearing for Herzel Meiri from March 19, 2018 to March 23, 2018.  Defense counsel consents to this request.

      We thank the Court for its consideration of this request.

                      Respectfully submitted,

                      GEOFFREY S. BERMAN
                      United States Attorney

By: _____
                      Andrew Thomas
                      Sheb Swett
                      Assistant United States Attorneys
                      (212) 637-2106 / 6522

cc:    Joseph R. Conway, Esq. (by ECF)
       Matin Emouna, Esq. (by ECF)