

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: \_\_3/16/2018\_\_

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 16, 2018

> The change of plea hearing will now be held on March 23, 2018 at 10:00 am.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: \_\_\_3/16/2018\_\_\_\_
> New York, New York

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

  Re:  **United States v. Mario Alvarenga et al.,**
     S4 15 Cr. 627 (ER)

Dear Judge Ramos,

   The Government writes respectfully to request an adjournment of the change of plea hearing for Herzel Meiri from March 19, 2018 to March 23, 2018. Defense counsel consents to this request.

   We thank the Court for its consideration of this request.

                  Respectfully submitted,

                  GEOFFREY S. BERMAN
                  United States Attorney

              By: _____
                  Andrew Thomas
                  Sheb Swett
                  Assistant United States Attorneys
                  (212) 637-2106 / 6522

cc:  Joseph R. Conway, Esq. (by ECF)
   Matin Emouna, Esq. (by ECF)