**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

– *against* –

MARIO ALVARENGA, AMIR MEIRI,
RAJESH MADDIWAR, SAMANTHA
BOUBERT, CHRISTINE MAHARAJ,
OWEN REID, and HERZEL MEIRI,

Defendants.

**ORDER**

15 Crim. 627 (ER)

RAMOS, D.J.:

The January 9, 2020 conference is hereby cancelled. The Court is in receipt of Petermark II, LLC's request for a pre-motion conference in anticipation of its motion for summary judgment. Doc. 661. Petermark II, LLC is granted leave to file the motion. The briefing schedule is as follows: the motion is due January 31, 2020; the response is due February 28, 2020; and the reply is due March 13, 2020.

SO ORDERED.

Dated:   January 3, 2020
         New York, New York

_____
                EDGARDO RAMOS, U.S.D.J.