

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 10, 2021

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
40 Foley Square
New York, N.Y. 10007

    Re:    *United States v. Mario Alvarenga, et al.*, S4 15 Cr. 627 (ER)

Dear Judge Ramos,

    The Government writes, pursuant to the Court's May 5, 2021 Order (Dkt. 785), to inform the Court that it does not oppose setting a briefing schedule for petitioners Advill and Petermark's proposed Motion for Summary Judgment.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By: _____
    Sheb Swett
    Assistant United States Attorney
    (212) 637-6522

cc:    All counsel (by ECF)