# MEMO ENDORSED



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 14, 2021

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
40 Foley Square
New York, N.Y. 10007

Re:   *United States v. Mario Alvarenga, et al.*, S4 15 Cr. 627 (ER)

Dear Judge Ramos,

The Government writes, with the consent of petitioners Advill Capital LLC, Petermark II LLC, and Vincent Holmes (the "Petitioners"), to request a three-week adjournment of the motion schedule set forth in Docket Entry 785. The Government recently identified approximately 830 additional discoverable documents, which it is preparing for production to the Petitioners and anticipates producing this week. The requested adjournment will allow the parties to review these materials in advance of filing motions for summary judgment.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Sheb Swett
Assistant United States Attorney
(212) 637-6522

cc:   All counsel (by ECF)

---

Granted.  Petitioners' deadline to move for summary judgment is extended to July 6, 2021, any opposition is now due July 27, 2021, and the reply is now due August 3, 2021.  The Clerk of Court is respectfully directed to terminate the motion.  Doc. 793.

So ordered.

_____
Edgardo Ramos, U.S.D.J
Dated: 6/15/2021
New York, New York