LAW OFFICES

## BUTLER, FITZGERALD & FIVESON, P.C.

David K. Fiveson
929-577-9400
dfiveson@bffmlaw.com

NINE EAST 45TH STREET
NINTH FLOOR
NEW YORK, NEW YORK 10017
www.bffmlaw.com

Telephone 212-615-2200
Facsimile 646-679-2422
Thomas A. Butler Deceased

**MEMO ENDORSED**

April 15, 2024

> The forfeiture hearing scheduled for May 7, 2024, is adjourned to June 4, 2024, at 9:30 a.m. Any motions in limine shall be filed by May 28, 2024. Any opposition to motions in limine shall be filed by 12:00 p.m. on June 3, 2024. The Clerk of Court is respectfully directed to terminate the motions, Docs. 943, 945. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: April 16, 2024
> New York, New York

**BY ECF**
Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  United States of America v. Herzel Meiri and Amir Meiri, et al.
     Case No. S4 15-cr-627 (ER)
     Our File No.: 3696-06258

Dear Judge Ramos:

Our firm represents Petitioner Petermark II LLC ("Petermark") regarding the 2146 and 2148 Fulton Street property. There is a request by the Government to adjourn the forfeiture hearing until June 4, 2024. We write to request a pre-motion conference for approval to move *in limine*.

We seek to file a motion *in limine* to preclude Nyamekye Holding Corp. ("Nyamekye") from contesting and/or questioning Petermark's bona fide purchaser claims. As the Court is aware, Petermark's bona fide purchaser status between it and Nyamekye has already been determined in the State Court action by a final order. See attached. Accordingly, Nyamekye should be barred from questioning Petermark on this issue before this Court.

We acknowledge the Court has held the Government was not in privity with Nyamekye and, as such, we will not seek to preclude the Government from questioning Petermark regarding its bona fide purchaser status.

Respectfully submitted,

David K. Fiveson, Esq.

DKF/rqs